(June 14, 2012)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERTO DELUNA, Appellant. [946 NYS2d 857]—Upon remittitur from the Court of Appeals (19 NY3d 842 [2012]) judgment, Supreme Court, New York County (Robert M. Stolz, J.), rendered on or about February 23, 2010, unanimously affirmed.

We find that the sentence was not excessive. Concur— Andrias, J.P., Sweeny, Renwick, Freedman and Manzanet-Daniels, JJ.